COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-01026-CV |
| Style: | Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.), FE Services Holdings, Inc., and James Stewart |
| | **v** Marc Jan Levesconte |
| Date motions filed*: | June 17, 2015 and June 18, 2015 |
| Type of motions: | First amended unopposed sworn motion for pro hac vice admission of James Harris; Emma Mata's motion in support of first amended unopposed sworn motion for pro hac vice admission of James Harris |
| Party filing motions: | James M. Harris; appellants |
| Document to be filed: | |

Is appeal accelerated?     No

Ordered that motions are:

    ☑       Granted

            If document is to be filed, document due:

            ☐ The Court will not grant additional motions to extend time

    ☐       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

_____

_____

Judge's signature: /s/ Chief Justice Sherry Radack
                     ☒Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: June 23, 2015